# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# Case Number 1:21-cv-00221-MR-WCM

| | |
|---|---|
| AFS/IBEX, a Division of MetaBank, N.A., | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ) **DEFAULT JUDGMENT** |
| GRAHAM COUNTY LAND COMPANY, LLC, | ) ) ) |
| Defendant. | ) |

Upon consideration of the Plaintiff's Motion for Default Judgment (the "Motion") and the affidavit in support thereof, and no opposition to the Motion being entered, it is hereby ordered, adjudged and decreed that judgment is entered in favor of AFS/IBEX, a division of MetaBank, N.A. ("AFS/IBEX"), against Defendant Graham County Land Company, L.L.C., in the amount of $175,393.62, comprised of $174,991.62 in damages, and $402.00 in costs; and it is further

ORDERED that AFS/IBEX may submit a Petition for an Award of Reasonable Attorney's Fees and Costs within sixty (60) days of the date of entry of this Judgment for this Court's further consideration.

Signed: November 16, 2021

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court